UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------------x

JUSTIN SENIA                                              CIVIL ACTION

                            Plaintiff,
                                                         **COMPLAINT**



        -v.-



ONLINE INFORMATION SERVICES, INC.

                            Defendant.
------------------------------------------------------------------------x


        Plaintiff Justin Senia ("Plaintiff") by and through his attorneys, RC Law Group, PLLC, as

and for his Complaint against Defendant Online Information Services, Inc. ("Defendant")

respectfully sets forth, complains and alleges, upon information and belief, the following:


                          <u>**JURISDICTION AND VENUE**</u>

1.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as well as 15 U.S.C.

    § 1692 *et seq*. and 28 U.S.C. § 2201.

2.  Venue is proper in this judicial district because a substantial part of the events or omissions

    giving rise to the claim occurred here, Plaintiff resides here, and Defendant transacts business

    here.

3.  Plaintiff brings this action for damages and declaratory and injunctive relief arising from the

    Defendant's violation(s) of 15 U.S.C. § 1692 *et seq*., commonly known as the Fair Debt

    Collections Practices Act ("FDCPA").

## PARTIES

4.  Plaintiff is a resident of the State of Connecticut, residing in the County of Middlesex.

5.  Defendant is a "debt collector" as the phrase is defined in 15 U.S.C. § 1692a(6) and used in the FDCPA, with an address at 202 West Firetower Road, Winterville, NC 28590.

## FACTUAL ALLEGATIONS

6.  Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein with the same force and effect as if the same were set forth at length herein.

7.  On information and belief, on a date better known to Defendant, Defendant began collection activities on an alleged consumer debt from the Plaintiff ("Alleged Debt").

8.  The Alleged Debt was incurred as a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

9.  The reporting of a debt to a credit bureau is a "communication" as the term is defined by 15 U.S.C. § 1692a(2).

10. Defendant reported the Alleged Debt on Plaintiff's credit report.

11. Plaintiff disputed the debt directly with Defendant by letter on February 15, 2015.

12. Plaintiff examined his credit report again on April 1, 2015, and saw that Defendant had neither removed the Alleged Debt from his credit report, nor had it marked as "disputed by consumer" despite being required to do so by the FDCPA.

13. As a result of Defendant's improper debt collection practices described above, Plaintiff has been damaged.

## FIRST CAUSE OF ACTION
### (Violations of the FDCPA)

14. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein with the same force and effect as if the same were set forth at length herein.

15. Defendant's debt collection efforts attempted and/or directed towards Plaintiff violate various provisions of the FDCPA, including but not limited to 15 U.S.C. §§ 1692e, 1692e(2), 1692e(8), and 1692e(10).

16. As a result of the Defendant's violations of the FDCPA, Plaintiff has been damaged and is entitled to damages in accordance with the FDCPA.

## DEMAND FOR TRIAL BY JURY

17. Plaintiff demands and hereby respectfully requests a trial by jury for all claims and issues in this complaint to which Plaintiff is or may be entitled to a jury trial.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment from the Defendant as follows:

a)      For actual damages provided and pursuant to 15 U.S.C. § 1692k(a)(1);

b)      For statutory damages provided and pursuant to 15 U.S.C. § 1692k(a)(2)(A);

c)      For attorney fees and costs provided and pursuant to 15 U.S.C. § 1692k(a)(3);

d)      A declaration that the Defendant's practices violated the FDCPA; and

e)      For any such other and further relief, as well as further costs, expenses and

disbursements of this action as this Court may deem just and proper.


Dated:  Waterbury, Connecticut
        February 15, 2016

                                    Respectfully submitted,


                                    */s/Raphael Deutch*
                                    **RC Law Group, PLLC**
                                    By:  Raphael Deutsch
                                    301 Highland Avenue
                                    Waterbury, CT, 06708
                                    Phone: 201.282.6500 ext. 201
                                    Fax: 201.282.6501
                                    rdeutsch@rjalegal.com
                                    *Attorneys for Plaintiff*